**WHITE & WETHERALL, LLP**
PETER C. WETHERALL – NV Bar # 4414
pwetherall@whiteandwetherall.com
MELANIE A. HILL – NV Bar # 8796
mhill@whiteandwetherall.com
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Telephone:  (702) 838-8500
Facsimile:   (702) 837-5081

Attorneys for Plaintiffs


**RIMAC MARTIN, P.C.**
*A Professional Corporation*
Anna A. Martin – NV Bar # 7079
amartin@rimacmartin.com
P.O. Box 7028
Incline Village, NV  89450
Telephone:  (775) 833-2269
Facsimile:   (775) 833-2279

1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

Attorneys for Defendants
ANTHEM INSURANCE COMPANIES, INC. and
ANTHEM BLUE CROSS AND BLUE SHIELD
(purportedly served herein as Anthem Blue Cross
and Blue Shield Plan Administrator, LLC)

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
CASE No. 10-cv-01239-JCK (PAL)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORINNE and JOHN ALCONERA, husband and wife; CAROL and JOHN MROZ, husband and wife; STEVEN and TERRI MASON, husband and wife; ANTOINETTE CARPENTER; KENNETH SARABIA,<br><br>        Plaintiffs,<br><br>v.<br><br>ANTHEM INSURANCE COMPANIES, INC.; ANTHEM BLUE CROSS AND BLUE SHIELD AND BLUE CROSS AND BLUE SHIELD OF MONTANA, DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No. **2:10-cv-01239-JCM (PAL)**<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

    IT IS HEREBY STIPULATED by and between plaintiffs CORINNE and JOHN ALCONERA; plaintiffs CAROL and JOHN MROZ, and defendants ANTHEM INSURANCE COMPANIES, INC. and ANTHEM BLUE CROSS AND BLUE SHIELD (purportedly served herein as Anthem Blue Cross and Blue Shield Plan Administrator, LLC), by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  As these are the remaining plaintiffs, the captioned action may be closed.  The parties shall bear their own respective costs of suit and attorney fees.

**SO STIPULATED.**

                                                **WHITE & WETHERALL, LLP**

DATED: July 26, 2011        By:    */S/ Peter C. Wetherall*
                                                  PETER C. WETHERALL
                                                  Attorneys for Plaintiffs


                                                **RIMAC MARTIN, P.C.**

DATED: July 26, 2011        By:    */S/ Anna M. Martin*
                                                  ANNA M. MARTIN
                                                 Attorneys for Defendants
                                                 ANTHEM INSURANCE COMPANIES, INC. and
                                                 ANTHEM BLUE CROSS AND BLUE SHIELD

**SO ORDERED.**

DATED: July 28, 2011        By:    _[signature]_
                                                  THE HONORABLE JAMES C. MAHAN

3

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
CASE No. 10-cv-01239-JCK (PAL)